# Exhibit B

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CODY DAHL and TONYA COLE DAHL, Individually and as Executors / Administrators of the Estate of ABIGAIL OPAL DAHL, a deceased minor child,<br><br>*Plaintiffs*,<br><br>v.<br><br>ALPHABET, INC., DISCORD, INC., GOOGLE, LLC, dba Duo/Meet, Gboard, Youtube, and all subsidiaries, HOLLA GROUP, LTD., dba Monkey, SNAP INC., dba SNAPCHAT, JOHN & JANE DOES 1-10, Corporate COS., 1-10,<br><br>*Defendants*. | §§§§§§§§§§§§§§§§§§§§ |

**CONSENT OF DEFENDANT SNAP INC. TO REMOVAL**

Defendant Snap Inc. consents to removal of the above captioned case to federal court.

MUNGER, TOLLES, & OLSON LLP

By: _____
John B. Major (*pro hac vice forthcoming*)
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
TEL:   (213) 683-9100
FAX:   (213) 687-3702
Email: john.major @mto.com

ATTORNEYS FOR SNAP INC.

- 1 -
CONSENT OF DEFENDANT SNAP INC. TO REMOVAL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **CODY DAHL and TONYA COLE DAHL,** Individually and as Executors / Administrators of the Estate of **ABIGAIL OPAL DAHL,** a deceased minor child, <br><br>  Plaintiffs, <br><br> v. <br><br> **ALPHABET, INC., DISCORD, INC., GOOGLE, LLC,** dba Duo/Meet, Gboard, Youtube, and all subsidiaries, **HOLLA GROUP, LTD.,** dba Monkey, **SNAP INC.,** dba SNAPCHAT, **JOHN & JANE DOES 1-10, Corporate COS., 1-10,** <br><br>  Defendants. | Civil Action No. _____ |

## CONSENT TO REMOVAL

Defendants Alphabet, Inc. and Google, LLC (collectively, "Google Defendants"), consent to the removal of *Cody Dahl et al. v. Alphabet, Inc. et al.*, Cause No. 423-9427 in the 423rd Judicial District Court, Bastrop County, Texas, to this Court.

Respectfully submitted,

**JACKSON WALKER LLP**
100 Congress Avenue, Suite 1100
Austin, Texas 78701
(512) 236-2000
(512) 236-2002 – Fax

By: */s/ Joshua A. Romero*
    Joshua A. Romero – 24046754
    jromero@jw.com

**JACKSON WALKER LLP**
2323 Ross Avenue, Suite 600
Dallas, TX 75201
(214) 953-6000
(214) 953-5793 – Fax
Marc A. Fuller – 24032110
mfuller@jw.com

**ATTORNEYS FOR DEFENDANTS
ALPHABET, INC. and GOOGLE, LLC**

2