# Exhibit C

12/8/23, 5:10 PM  Case 1:23-cv-01496 Document 1-3 Filed 12/11/23 Page 2 of 3
records.co.bastrop.tx.us/PublicAccess/CaseDetail.aspx?CaseID=776863

Skip to Main Content Logout My Account Search Menu New Civil Search Refine Search  Back                    Location : All Courts  Images Help

# REGISTER OF ACTIONS
## CASE NO. 423-9472

| | | | |
|---|---|---|---|
| CODY DAHL,TONYA COLE DAHL, Individually and as executors/Administrators of Estate of Abigail Opal Dahl, a deceased minor child vs. ALPHABET, INC.,DISCORD, INC.,GOOGLE, LLC dba Duo/Meet, Gboard, Youtube, and all sudsidiaries,HOLLA GROUP, Ltd., dba Monkey, SNAP, INC., dba SNAPCHAT,JOHN & JANE DOES 1-10, Corporate COS., 1-10 | § § § § § § § | Case Type: | Civil Case - Other |
| | | Date Filed: | 11/02/2023 |
| | | Location: | 423rd District Court |

### PARTY INFORMATION

|  |  | Lead Attorneys |
|---|---|---|
| Defendant | ALPHABET, INC. | |
| Defendant | DISCORD, INC. | |
| Defendant | GOOGLE, LLC | |
| Defendant | HOLLA GROUP LIMITED | |
| Defendant | SNAP, INC. | |
| Plaintiff | DAHL, CODY | Pro Se |
| Plaintiff | DAHL, TONYA COLE | Pro Se |

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | | | |
|---|---|---|---|
| 11/02/2023 | Original Petition (OCA) | | |
| 11/03/2023 | Citation | | |
| 11/03/2023 | Citation | | |
| | ALPHABET, INC. | Served | 11/15/2023 |
| 11/03/2023 | Citation | | |
| 11/03/2023 | Citation | | |
| | DISCORD, INC. | Served | 11/16/2023 |
| 11/03/2023 | Citation | | |
| 11/03/2023 | Citation | | |
| | GOOGLE, LLC | Served | 11/14/2023 |
| 11/03/2023 | Citation | | |
| 11/03/2023 | Citation | | |
| | HOLLA GROUP LIMITED | Unserved | |
| 11/03/2023 | Citation | | |
| 11/03/2023 | Citation | | |
| | SNAP, INC. | Served | 11/15/2023 |
| 11/09/2023 | Notice | | |
| 11/28/2023 | Other/Misc | | |
| 11/28/2023 | Other/Misc | | |
| 11/28/2023 | Other/Misc | | |
| 11/28/2023 | Other/Misc | | |

### FINANCIAL INFORMATION

| | | | |
|---|---|---|---|
| **Plaintiff** DAHL, CODY | | | |
| Total Financial Assessment | | | 390.00 |
| Total Payments and Credits | | | 390.00 |
| **Balance Due as of 12/08/2023** | | | **0.00** |
| 11/02/2023 | Transaction Assessment | | 350.00 |
| 11/02/2023 | Transaction Assessment | | 40.00 |
| 11/02/2023 | Payment  Receipt # 2023-48627 | DAHL, TONYA COLE | (390.00) |

Skip to Main Content Logout My Account Search Menu New Civil Search Refine Search  Back                    Location : All Courts  Images Help

records.co.bastrop.tx.us/PublicAccess/CaseDetail.aspx?CaseID=776863                                                     1/1