IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CODY DAHL and TONYA COLE DAHL, Individually and as Executors / Administrators of the Estate of ABIGAIL OPAL DAHL, a deceased minor child, <br><br> *Plaintiffs*, <br><br> v. <br><br> ALPHABET, INC., DISCORD INC., GOOGLE, LLC, dba Duo/Meet, Gboard, Youtube, and all subsidiaries, HOLLA GROUP, LTD., dba Monkey, SNAP INC., dba SNAPCHAT, JOHN & JANE DOES 1-10, Corporate COS., 1-10, <br><br> *Defendants*. | § § § § § § § § § § § § § § § § § § § § <br><br> CIVIL ACTION NO. 1:23-cv-1496 |

**DEFENDANT DISCORD INC.'S CORPORATE DISCLOSURE STATEMENT AND NOTICE TO OF INTERESTED PARTIES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil L.R. 3-15, the undersigned, counsel of record for Defendant Discord Inc., makes the following disclosure:

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Discord Inc. herby certifies that is does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock.

Defendant Discord Inc. is organized under the laws of the State of Delaware and maintains its principal place of business in California.  Therefore, Discord Inc. is a citizen of Delaware and California for purposes of diversity jurisdiction.  *See* 28 U.S.C. § 1332(c)(1); *Hertz Corp. v. Friend*, 559 U.S. 77, 92–93 (2010).

1

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated: December 11, 2023                                MORRISON & FOERSTER LLP

By:   */s/ Austin M. Schnell*
     Austin M. Schnell
     300 Colorado Street, Suite 1800
     Austin, TX 78701
     Tel: (512) 617-0650
     ASchnell@mofo.com

     J. Alexander Lawrence*
     250 West 55th Street
     New York, New York 10019-9601
     Telephone: (212) 468-8000
     Facsimile: (212) 468-7900
     ALawrence@mofo.com

     Michael Burshteyn*
     Justin Rezkalla*
     425 Market Street
     San Francisco, CA, 94105
     Telephone: (415) 268-7000
     Facsimile: (415) 268-7522
     MBurshteyn@mofo.com
     JRezkalla@mofo.com

     * *pro hac vice* forthcoming

     *Attorneys for Defendant Discord Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that, on December 11, 2023, the foregoing was served on all counsel of record via the United States Mail, First class, postage pre-paid, Federal Express, and/or Electronic Mail.

                                                                      _/s/ Austin M. Schnell_
                                                                        Austin M. Schnell