UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **CODY DAHL and TONYA COLE DAHL, Individually and as Executors/ Administrators of the Estate of ABIGAIL OPAL DAHL, a deceased minor child,**<br><br>**Plaintiffs**<br><br>v.<br><br>**ALPHABET, INC., DISCORD, INC., GOOGLE, LLC, dba Duo/Meet, Gboard, Youtube, and all subsidiaries, HOLLA GROUP, LTD., dba Monkey, SNAP INC., dba SNAPCHAT, JOHN & JANE DOES 1-10, Corporate COS., 1-10,**<br><br>**Defendants** | Civil Action No. 1:23-cv-01496 |

## NOTICE OF APPEARANCE

Please take notice that the following designated attorney hereby enters his appearance in the above-captioned proceeding as counsel for Defendants Alphabet, Inc. and Google, LLC (collectively, "Google Defendants") and is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of the Google Defendants.

Marc A. Fuller
State Bar No. 24032210
Jackson Walker LLP
2323 Ross Avenue, Suite 600
Dallas, TX 75201
(214) 953-5793
(214) 953-5822 – Fax
mfuller@jw.com

1

Respectfully submitted,

By: /s/ Marc A. Fuller

**JACKSON WALKER LLP**
100 Congress Avenue, Suite 1100
Austin, Texas 78701
(512) 236-2000
(512) 236-2002 – Fax
Joshua A. Romero – 24046754
jromero@jw.com

**JACKSON WALKER LLP**
2323 Ross Avenue, Suite 600
Dallas, TX 75201
(214) 953-5793
(214) 953-5822 – Fax
Marc A. Fuller – 24032210
mfuller@jw.com

**ATTORNEYS FOR DEFENDANTS**
**ALPHABET, INC. and GOOGLE, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2023, a true and correct copy of the foregoing document was served electronically, via ECF, on the following parties who are deemed to have consented to such service under the Court's local rules:

Tonya Dahl
tonya@mailfence.com

Cody Dahl
cody.dahl@mailfence.com

/s/ Marc A. Fuller
Marc A. Fuller

2

38411639v.1