IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DAHL., ET AL | § § § | |
| V. | § § | Civil No. 1:23-CV-1496-DII |
| ALPHABET, INC., ET AL | § § | |

ORDER

The above captioned cause, having been removed to this Court on December 11, 2023, from the 423rd Judicial District Court, Bastrop County, TX, 423-9472, and the Court being of the opinion that a copy of the complete record (minus discovery) in this case is necessary.

IT IS HEREBY ORDERED, pursuant to 28 U.S.C. § 1447(b), that the removing party, **if it has not already done so**, shall within ten (10) days from the date of this order supplement the record with state court pleadings. The supplement is to be electronically filed and shall include a copy of the complete file, including the docket sheet, in this cause from the Court from which this case has been removed.

SIGNED this 12th day of December, 2023.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE