IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
Austin DIVISION

Supplement to JS 44 Civil Cover Sheet
Cases Removed from State District Court

This form must be filed with the Clerk's Office no later than the **first business day** following the filing of the Notice of Removal. Additional sheets may be used as necessary.

The attorney of record for the removing party **MUST** sign this form.

**STATE COURT INFORMATION**:

1. Please identify the court from which the case is being removed; the case number; and the complete style of the case.

District Court, Bastrop County, Texas, 423rd Judicial District, Case No. 423-9472 Original Petition Cody Dahl, and Tonya Cole Dahl Individually and as Executors/Administrators of the Estate of Abigail Opal Dahl, a deceased minor child vs. ALPHABET, INC., DISCORD, INC., GOOGLE, LLC, dba Duo/Meet, Gboard, YouTube, and all subsidiaries, HOLLA GROUP, Ltd., dba Monkey, SNAP, INC., dba SNAPCHAT JOHN & JANE DOES 1—10, Corporate COS., 1-10,

2. Was jury demand made in State Court?   ☒ Yes   ☐ No

If yes, by which party and on what date?

Cody Dahl and Tonya Cole Dahl                     11/02/23
Party Name                                        Date


**STATE COURT INFORMATION**:

1. List all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

Plaintiffs: Cody Dahl and Tonya Cole Dahl

Defendants: ALPHABET, INC., DISCORD, INC., GOOGLE, LLC, HOLLA GROUP, Ltd., and, SNAP, IN

See attached list of attorneys of record.

2. List all parties that have not been served at the time of the removal, and the reason(s) for non-service.

HOLLA GROUP, Ltd., dba Monkey - Reasons known only to Plaintiffs.

3.  List all parties that have been non-suited, dismissed, or terminated, and the reason(s) for their removal from the case.

None

**COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS**:

1.  List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim.  For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case.  Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

No counterclaims, cross-claims, or third-party claims.

**VERIFICATION**:

/s/ Austin M. Schnell                                          12/12/23

Attorney for Removing Party                              Date

Discord Inc.

Party/Parties

(NOTE:  Additional comment space is available on page 3)

**ADDITIONAL COMMENTS (As necessary)**:

**Attachment to Supplement to JS 44 Civil Cover Sheet**
**Parties List**

Cody Dahl
373 FM 2571
Smithville, Texas 78957
Telephone: 512-575-5981
Email: cody.dahl@mailfence.com

Tonya Cole Dahl
373 FM 2571
Smithville, Texas, 78957
Telephone: 512-575-5982
Email: tonya@mailfence.com

*Pro Se Plaintiffs*

Marc Fuller
JACKSON WALKER LLP
2323 Ross Ave., Suite 600
Dallas, Texas 75201
Telephone: (214) 953-6000
Facsimile: (214) 953-5822
mfuller@jw.com

Brian M. Willen*
WILSON SONSINI GOODRICH &
ROSATI, P.C.
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Telephone: (650) 849-3340
Facsimile: (866) 974-7329
bwillen@wsgr.com

Christopher Chiou*
WILSON SONSINI GOODRICH &
ROSATI, P.C.
953 East Third Street, Suite 100
Los Angeles, CA 90013
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
cchiou@wsgr.com

*Counsel for Defendants Alphabet, Inc. and Google, LLC*

Austin M. Schnell (TX Bar No. 24095985)
MORRISON & FOERSTER LLP
300 Colorado Street, Suite 1800
Austin, TX 78701
Telephone: (512) 617-0650
Facsimile: (737) 910-0730
ASchnell@mofo.com

J. Alexander Lawrence*
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019-9601
Telephone: (212) 468-8000

Facsimile: (212) 468-7900
ALawrence@mofo.com

Michael Burshteyn*
Justin Rezkalla*
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA, 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
MBurshteyn@mofo.com
JRezkalla@mofo.com

*Counsel for Defendant Discord Inc.*

Jonathan H. Blavin*
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Jonathan.Blavin@mto.com

John B. Major*
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
John.Major@mto.com

*Counsel for Defendant Snap Inc.*

* Application for admission *pro hac vice* forthcoming

## **CERTIFICATE OF SERVICE**

I hereby certify that, on December 12, 2023, the foregoing was served on all counsel of record via the United States Mail, First class, postage pre-paid, Federal Express, and/or Electronic Mail.

                                                     */s/ Austin M. Schnell*
                                                      Austin M. Schnell