UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CODY DAHL and TONYA COLE DAHL, Individually and as Executors/ Administrators of the Estate of ABIGAIL OPAL DAHL, a deceased minor child,<br><br>    Plaintiffs,<br><br>v.<br><br>ALPHABET, INC., DISCORD, INC., GOOGLE, LLC, dba Duo/Meet, Gboard, Youtube, and all subsidiaries, HOLLA GROUP, LTD., dba Monkey, SNAP INC., dba SNAPCHAT, JOHN & JANE DOES 1-10, Corporate COS., 1-10,<br><br>    Defendants. | Civil Action No. 1:23-cv-01496-DII |

## MOTION TO WITHDRAW AS COUNSEL

Defendant Discord, Inc. ("Discord") requests that Michael Burshteyn ("Mr. Burshteyn") be withdrawn as counsel for Discord. This motion is based on good cause. Mr. Burshteyn has left the firm of Morrison & Foerster LLP. The undersigned counsel will continue to represent Discord in this matter. Plaintiffs Cody and Tonya Cole Dahl will not be harmed by Mr. Burshteyn's withdrawal. Accordingly, Discord requests the Court grant this Motion to Withdraw as Counsel, that Mr. Burshteyn be withdrawn as counsel for Discord, and that he be removed from the official service list in this action.

Dated: May 3, 2024                                MORRISON & FOERSTER LLP

                                                  By:  /s/ *Austin M. Schnell*
                                                       Austin M. Schnell (TX Bar No. 24095985)
                                                       300 Colorado Street, Suite 1800
                                                       Austin, TX 78701
                                                       Tel: (512) 617-0650
                                                       ASchnell@mofo.com

                                                       J. Alexander Lawrence (admitted *pro hac vice*)
                                                       250 West 55th Street
                                                       New York, New York 10019-9601
                                                       Telephone: (212) 468-8000
                                                       Facsimile: (212) 468-7900
                                                       ALawrence@mofo.com

                                                       Justin Rezkalla (admitted *pro hac vice*)
                                                       425 Market Street
                                                       San Francisco, CA, 94105
                                                       Telephone: (415) 268-7000
                                                       Facsimile: (415) 268-7522
                                                       JRezkalla@mofo.com

                                                       ***Attorneys for Defendant Discord Inc.***

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 3, 2024, a true and correct copy of the foregoing document was served electronically, via ECF, on all counsel of record who are deemed to have consented to such service under the Court's local rules, and by email or certified mail on the following parties who are proceeding *pro se*:

Tonya Cole Dahl
Cody Dahl
1618 W State Hwy 71 #525
La Grange, Texas 78945
dahlfamily@tuta.com

                                                                                            */s/ Austin M. Schnell*
                                                                                            Austin M. Schnell